United state district court
Northern District of Florida
tallahassee division

Legal Mail
Provided to Florida State Prison on
5/25/23 for mailing by R

Miguel Rodriguez, DC#196223
Plaintiff

Case #4:23-cv-86-AW-MAF

Vs

Kenneth Sumpter et al
Defendant

<u>Memorandum the Law in support
Plaintiff. First-second and third Amended
in this court.</u>

Plaintiff allege what this court give he a order now for write a argument of why the believe what the confront a serious danger of a injury now and why them defendant act in a deliverate indiferent in this issue.

#1- defendant point what all them defendant in this complaint in first-second and third amended have write and oral notice of Plaintiff risk before defendant be stabbed and they not did a rasonable step for prevent this injury #2- after Plaintiff Receive stabbed Plaintiff writed some grievance and report at ~~them~~ defendants the why this stabbed happen and request protection But them defendant act in Badly Faith and they deliverant indiference at all grievance and Recommede what Plaintiff go at open population where Plaintiff continual stabbed by same group of inmate Gang member. moreover Plaintiff send at they (office) some inmate Request and grievance where Plaintiff informe at them ~~office at this~~ defendant what all this

1

stabbed happen Because they sustain a False Report in Plaintiff record what have plaintiff in a perilous Risk of damage But. Mayor. Joseph - assit. warden. santiago. captain. Lowery - captain. Bueno. prison classification. MR. Dix. ~~[scribbled out]~~ deliverante indiference at all Report what plaintiff send Basis in this issue then plaintiff send news at inspector General Kenneth sumpter - state class Grace Griffi secretary of Departmente of correction mr. Ricky. D. Dixon, ~~[scribbled out]~~ But all grievance is send Back denied say what they action is same of institution level action and denied my appeal, and Basis in this Fact Plaintiff continual Now in a perilous Risk of damage in "F.S.P prison" around other inmate Latin King and after Plaintiff Report this issue at prison and tallahasse where mr. Kenneth Sumpter - state classification Grace Griffi, Secretary of Departament of correction mr. Ricky D. Dixon have they office they send all my grievance Back denied and deliverant indiferesia at all notice of injury what Plaintiff ~~have in~~ Report ~~the pass~~ and permit what Florida state prison officer continual expose myself at other stabbed without they did a step for safe Plaintiff For not get other stabbed by same Latin King member in they costody. Plaintiff pointout at this court what Based in all this Fact Plaintiff allegation have merit for a trial Based in

2

Plaintiff continual suffer a Risk of stabbed and then defendant sign in plaintiff First - second and third Amended not did a appropriant step for move away this Risk from Plaintiff and this court can Review case Hilling. Vs. McKinney US (1993) - Farmer. Vs. Brennan. US Led 2d (1994) - Rodriguez Vs. Dep't of Corr 508 F3d 611-616 17 (11th Cir 2007) and see what appeal court 11th send this case Back at low court for dismissed a case in it issue Because this appeal court Rule solid and say what Prison officer have a duty of protection at a inmate when they Receive a write or oral Notice of what a damage go happen or maybe can happen in a future a this inmate Basid in this court prior Rule Plaintiff First - second and third amended in Plaintiff complaint have a merit for a trial process Basis in Plaintiff Risk of get other stabbed and Basis in the indiferece of them defendant when Plaintiff Request protection prior Plaintiff get stabbed and now when Plaintiff continual facing a Risk of damage in a future life in prison and (the) defendant not did a appropriant step for move away in Risk over of Plaintiff head and the case Farmer. V. Brennan show clear what Plaintiff issue in Plaintiff complaint in First second and third amended have merit for a court process Because Plaintiff argument clear what them defendant #1 - denied a Plaintiff protection after they Receive Notice of a damage what go happen or maybe can happen over Plaintiff head. and case Farmer. Vs. Brennan. US. 511 825 833 114 S ct 1970 1976 128 Led 2d 811 (1994) Show

3

clear at this court what Plaintiff complaint in this litigation have a merit for a jury trial determine. For this reason the Plaintiff request what this court, pass defendant "first second and third" amended at a appropriant step in a Nex process in this court. sincerily summit

(S) Miguel Rodriguez

I certify under penaty of perjury what I give copy of this memorandum at prison officer in florida state prison for mailing date 5-25-2023

(S) Miguel Rodriguez
DC#196223
Florida State prison
P.O. Box 800 Reiford
Fl. 32083.



Miguel.N. Rodriguez. Dc#1962223
Florida state prison
P.O. Box 800
Raiford Fl. 32083

Mailed From A State Correctional Institution

United state District app Court
Northern District of Florida
Office of the clerk,
111 North adams street suite 322
Tallahasse Fl. 3231-7717.

LEGAL MAIL

"Legal mail"