**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MIGUEL V. RODRIGUEZ,**

     **Plaintiff,**

**v.**                                    **Case No. 4:23-cv-86-AW-MAF**

**KENNETH SUMPTER, et al.,**

     **Defendants.**

_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

Plaintiff Miguel Rodriguez, a pro se inmate, is a three-striker under 28 U.S.C. § 1915(g). He seeks to proceed *in forma pauperis*, but his operative complaint does not allege any imminent danger of serious physical injury. He also failed to accurately disclose his litigation history. For these reasons, the magistrate judge recommends dismissal.

I have considered the magistrate judge's June 27, 2023 report and recommendation, ECF No. 26, and I have considered de novo the issues raised in Rodriguez's objections, ECF No. 278.

The complaint is subject to dismissal for the two independent reasons the magistrate judge identifies: (i) Rodriguez is a three-striker who has not paid the filing fee and has not alleged imminent danger; and (ii) Rodriguez failed to comply with his obligation to accurately state his litigation history.

1

I now adopt the report and recommendation and incorporate it into this order. The order granting IFP status (ECF No. 13) is vacated. The motion for clarification (ECF No. 23) is GRANTED to the extent it seeks clarification on whether Rodriguez is a three-striker. It is otherwise DENIED. The clerk will enter judgment that says, "This case is dismissed for abuse of process and based on 28 U.S.C. § 1915(g)." The clerk will then close the file.

SO ORDERED on August 9, 2023.

s/ *Allen Winsor*
United States District Judge